M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2011 MAR 18 A 9: 56

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Robert Wayne Williams
Full name and prison name of
Plaintiff(s)

)
)
)
)
)
)

v.

Dennis Meeks
Preston Hughes
Dr McWohlters
Southern Health Partners

)
)
)
)
)
)
)
)
)

CIVIL ACTION NO. 2:11CV199-wha
(To be supplied by Clerk of U.S. District Court)

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☒ No ☐

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☒ NO ☐

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

   Plaintiff(s) Same as above

   Defendant(s) Robert W. Williams

2. Court (if federal court, name the district; if state court, name the county) Circuit Court of Middle District of Alabama


SCANNED

3. Docket number __Don't Know__

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) __Don't Know__

6. Approximate date of filing lawsuit __3/2010__

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT __Covington County Jail Andalusia, AL__

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED __Covington County Jail__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Dr McWohlters | Covington Co. Jail |
| 2. | Southern Health Partners | '' |
| 3. | Dennis Meeks | '' |
| 4. | Preston Hughes | '' |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __5/2010 and 2/2011__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: __This jail is violating my 14th Amendment rights to__

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

due process by denying me medication for my heart and glaucoma

GROUND TWO: Refusing to treat medical conditions

SUPPORTING FACTS: They know I have glaucoma because they have given me eyedrops for it. Same with my Plavix for my heart. They have called my doctor and been told I need it

GROUND THREE: They don't feed us enough

SUPPORTING FACTS: Most institutions feed based on a 2000 calorie diet. Not here. We are starving

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Make this jail treat my potentially fatal heart condition and my potentially blinding eye condition

Award me Money

Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 12, 2011 .
(Date)

Signature of plaintiff(s)

Robert Williams
290 Hillcrest Dr
Andalusia, AL 36420

Office of the Clerk
United States District Court
PO Box 711
Montgomery, AL 36101-0711



Hasler

016H16506317
$00.61⁰
Mailed From 36420
03/17/2011
US POSTAGE