IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT WAYNE WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV. ACT. NO. 2:11cv199-WHA |
| | ) | |
| DENNIS MEEKS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION and ORDER**

On July 13, 2011, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 27). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows that:

1. The Recommendation of the Magistrate Judge be and is hereby ADOPTED;

2. The defendants' motion for summary judgment be and is hereby GRANTED to the extent that the defendants seek dismissal of this case due to the plaontiff's failure to properly exhaust the administrative remedy previously available to him at the Covington County Jail.

3. That this case be and is hereby DISMISSED with prejudice in accordance with the provisions of 42 U.S.C. § 1997e(a) for the plaintiff's failure to properly exhaust the administrative remedy previously available to him at the Covington County Jail.

4. Costs be and are hereby TAXED against the plaintiff.

An appropriate judgment will be entered.

Done this the 16th day of August, 2011.

           <u>/s/ W. Harold Albritton</u>
           W. HAROLD ALBRITTON
           SENIOR UNITED STATES DISTRICT JUDGE